UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAABIR ABDULLAH,

       Plaintiff,

                                CASE NO. 1:16-CV-1292

v.

                                HON. ROBERT J. JONKER

KEVIN MORTON, et al.,

       Defendants.

_____/

**ORDER**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 13, 2017 (ECF No. 9). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C).

    **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 9) is approved and adopted as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Writ of Mandamus is **DISMISSED**.

    **IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

    The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   June 1, 2017             /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  CHIEF UNITED STATES DISTRICT JUDGE